In The United States District Court
For The District Of Maryland

| | |
|---|---|
| Sophia Dunn | * |
| Plaintiff | * |
| v. | * Civil No. 1:18-CV-01095-JMC |
| Robert Klimas, et al | * |
| Defendants | * |

**************

## JOINT STATUS REPORT

Sophia Dunn, Plaintiff, by her attorneys, Lon C. Engel and Engel Law Group, PC, and Defendants, Robert Klimas and Christopher R. Dunn and ALTL, Inc., by their attorneys, Christopher R. Dunn and DeCaro, Doran, Siciliano, Gallgher & DeBlasis, LLP, hereby jointly file this status report, setting forth as follows:

**A.     Status of Discovery**

Discovery has been exchanged. Depositions of parties have been completed. Defendant is seeking the deposition of witnesses to the accident.

**B.     Pending Motions**

There are no pending motions at the present time.

**C.     Dispositive Pretrial Motions**

None.

**D.     Length of Trial**

Plaintiff anticipates that trial will take two days.

**E.     Status of Settlement Discussions**

Defendant advised that settlement cannot be addressed until all discovery is completed.

F.  **Settlement Conference**

All parties believe it would be beneficial to have a settlement conference at the conclusion of discovery.

| | |
|---|---|
| **ENGEL LAW GROUP, P.C.** | **DeCARO, DORAN, SICILIANO, GALLAGHER & DeBLASIS, LLP** |
| /s/ Lon C. Engel | /s/ Christopher R. Dunn |
| Lon C. Engel #02470 | Christopher R. Dunn #05278 |
| 6510 Falls Road | 17251 Melford Boulevard, Suite 200 |
| Baltimore, Maryland 21209 | Bowie, Maryland 20715 |
| Phone: (410)727-5095 | Phone: (301) 352-4950 |
| Fax: (410) 727-1830 | Fax: (310) 352-8691 |
| lengel@engellaw.com | Cdun@decarodoran.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th of January, 2019, a copy of the foregoing Joint Status Report was e-filed and served to:

>Christopher R. Dunn, Esq.
>DeCaro, Doran, Siciliano, Gallagher & De Blassis, LLP
>17251 Melford Boulefard, Suite 200
>Bowie, Maryland 20715
>*Attorney for Defendants*

>>/s/ Lon C. Engel
>>Lon C. Engel