FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2020 FEB 25  AM 9: 16

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SOPHIA DUNN

   Plaintiff,

vs.

ROBERT KLIMAS, et al.

   Defendants.

\*
\*   Civil No. 1:18-cv-01095-JMC
\*
\*
\*
\*
\*

## VERDICT SHEET

In the matter of <u>Sophia Dunn v. Robert Klimas and ALTL, Inc.</u> we the jury find the following:

|   |   | YES | NO |
|---|---|---|---|
| 1. | We find by a preponderance of the evidence that the Defendants were negligent. | X |   |
|   | If your answer is NO to Question No. 1, go no further. If your answer is YES, go to Question No. 2. |   |   |
| 2. | We find by a preponderance of the evidence that the negligence of the Defendants was a proximate cause of Plaintiff's injuries? | X |   |
|   | If your answer is NO to Question No. 2, go no further. If your answer is YES to No. 2. go to Question No. 3. |   |   |
| 3. | We find by a preponderance of the evidence that Plaintiff was contributorily negligent. |   | X |

If your answer is YES to Question No. 3, go no further. If your answer is NO to Question No. 3. go to Question No. 4.

4. We find that the Plaintiff sustained the following damages:

   a. Past medical expenses         $11,381.66

   b. Past loss wages               $1,300

   c. Past non-economic damages     $0
      (Pain and suffering)

**SIGNATURE REDACTED**  2/25/20

JURY FOREPERSON

2